UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-cv-01030 |
| | ) | |
| KAREN LIANE MILLER, | ) | Judge Trauger |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND PRELIMINARY INJUNCTION ORDER

The United States of America hereby moves to amend this Court's November 19, 2009 Preliminary Injunction Order to add back the two provisions (F and G) struck from the form of proposed order provided by the Government to the Court in advance of the preliminary injunction hearing. A memorandum of law in support of the motion is filed concurrently with this motion.

November 20, 2009

    Respectfully submitted,

    EDWARD M. YARBROUGH
    United States Attorney


    MICHAEL L. RODEN
    Assistant United States Attorney


    /s/ Brian H. Corcoran
    BRIAN H. CORCORAN
    Trial Attorney, Tax Division
    U.S. Department of Justice